JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 543 -- In re United States Postal Service, Fair Labor Standards Act, "Lunch Hour" Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/01/31 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Plaintiffs Bettye Acey, et al. w/cert. of svc. SUGGESTED TRANSFEREE DISTRICT: SUGGESTED TRANSFEREE JUDGE: (ds) |
| 83/02/03 | 2 | RESPONSE, CERT. OF SVC. -- Jordan Brown, etal. (eaf) |
| 83/02/10 | | APPEARANCES -- ~~Without Guilyaudy##Esq#~~ Bernard J. Fieger, Esq. for Bettye Acey, et al.; Louis A. Weisenberg, Esq. for Jordan Brown, etal.; and Frances L. Nunn, Esq. for U.S. Postal Svc. and U.S.A. (eaf) |
| ~~83/02/10~~ | ~~3~~ | ~~RESPONSE, CERT. OF SVC. -- Brown, etal. -- (eaf)~~ Duplicate Pldg. 2 |
| 83/02/16 | | APPEARANCE -- Robert V. Kinkela, Esq. for Kenneth J. Hill,etal.(eaf) |
| 83/03/02 | 4 | REQUEST FOR PERMISSION TO FILE -- United States Postal Service -- Granted 3/2/83 (cds) |
| 83/03/02 | 5 | RESPONSE -- United States Postal Service -- w/Exhibits 1 and 2, and cert. of service (cds) |
| 83/03/15 | 6 | REPLY BRIEF, EXHIBITS, CERT. OF SVC.--Pltfs. Acey,etal.(eaf |
| 83/04/05 | 7 | MOTION FOR LEAVE TO FILE CORRECTED COPIES OF RESPONSE -- U.S. Postal Svc. and U.S.A. -- w/cert. of svc. (emh) |
| 83/04/05 | 8 | MOTION FOR LEAVE TO FILE A RESPONSE TO REPLY BRIEF -- U.S. Postal Svc. & U.S.A. -- w/cert. of svc. (emh) |
| 83/04/05 | 9 | RESPONSE (to Pldg. 6) -- U.S. Postal Svc. and U.S.A. -- w/Exhibits and cert. of svc. (emh) |
| 83/04/05 | 10 | RESPONSE -- U.S. Postal Svc. and U.S.A. -- w/cert. of svc. (emh) |
| 83/04/15 | | HEARING ORDER: Setting motion of pltf. Betty Acey, et al. for transfer of actions to single district for Panel hearing in Washington, D.C. on May 19, 1983 (cds) |
| 83/05/18 | | HEARING APPEARANCES: BERNARD J. FIEGER, ESQ. for Bettye Acey, et al.; FRANCES L. NUNN, ESQ. for U.S. Postal Service, U.S.A. |
| 83/05/18 | | WAIVERS OF ORAL ARGUMENT: Jordan Brown, et al. (cds) |
| 83/05/23 | | NOTICE OF RELATED ACTIONS -- David Ray v. U.S.P.S., E.D. Mich., and Gerald Roose v. U.S.P.S., N.D. Calif., -- Filed by pltfs. Acey, et al. w/cert. of svc. (ds) |
| 83/06/03 | | ORDER DENYING TRANSFER OF LITIGATION pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 543 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE UNITED STATES POSTAL SERVICE, FAIR LABOR STANDARDS ACT, "LUNCH HOUR" LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 19, 1983 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 6/3/83 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 6/3/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 543 -- In re United States Postal Service Fair Labor Standards Act, "Lunch Hour" Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Kenneth J. Hill, et al. v. United States Postal Service | N.D.Ohio Dowd | 80-2312 | | | | |
| A-2 | Bettye Acey, et al. v. United States ~~of America~~ Postal Service, et al. | E.D.Mich. Thornton | 81-74605 | | | | |
| A-3 | Jordan Brown, et al. v. United States Postal Service | C.D.Calif. Waters | 81-6425 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 543 -- In re United States Postal Service, Fair Labor Standards Act, "Lunch Hour" Litigation

---

KENNETH J. HILL, ET AL. (A-1)
Robert V. Kinkela, Esq.
Gulyassy, Feudo, Kinkela
 & Kinkela
75 Public Square, Suite 425
Cleveland, Ohio  44113

BETTYE ACEY, ET AL. (A-2)
Bernard J. Fieger, Esq.
Fieger, Fieger & Lamping, P.C.
19390 West Ten Mile Road
Southfield, Michigan  48075

JORDAN BROWN, ET AL. (A-3)
Louis A. Weisenberg, Esq.
Weisenberg, Nelson, Viefhaus
   & Lutes
10101 Slater Avenue
Suite 101
Fountain Valley, California  92708


UNITED STATES POSTAL SERVICE
UNITED STATES OF AMERICA
Frances L. Nunn, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C.  20530

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 543 -- In re United States Postal Service, Fair Labor Standards Act, "Lunch Hour" Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| United States Postal Service | A-1, 2, 3 |
| William J. Bolger | A-2 |
| Gene Cole | A-2 |
| Anthony Schiavone | A-2 |
| Paul Carlin | A-2 |