JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN -3 1983

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 543

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE UNITED STATES POSTAL SERVICE FAIR LABOR STANDARDS ACT "LUNCH HOUR" LITIGATION

ORDER DENYING TRANSFER

This litigation consists of three actions listed on the attached Schedule A and pending in three federal districts as follows: one action each in the Eastern District of Michigan, the Northern District of Ohio and the Central District of California. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiffs in the Michigan action to centralize the actions in this litigation in the Northern District of Ohio for coordinated or consolidated pretrial proceedings.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that any accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-543 -- In re United States Postal Service, Fair Labor Standards Act "Lunch Hour" Litigation

    Northern District of Ohio

Kenneth J. Hill, et al. v. United States Postal Service, C.A. No. 80-2312

    Eastern District of Michigan

Bettye Acey, et al. v. United States of America Postal Services, et al., C.A. No. 81-74605

    Central District of California

Jordan Brown, et al. v. United States Postal Service, C.A. No. CV81-6425-LEW